No. 455. W. A. GAINS & Co., PETITIONER, *v.* MAX KAHN, ADMINISTRATOR, ETC., ET AL. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John G. Carlisle, Mr. J. L.*

*Hopkins* and *Mr. Daniel W. Lindsey* for petitioner.   *Mr. Jacob Klein* and *Mr. Warwick M. Hough* for respondents.